RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Wendi_Overmyer@fd.org


*Attorney for Petitioner Darion Suarez Rodriguez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Darion Suarez Rodriguez,

       Petitioner,

    v.

Todd Blanche, et al.,

       Respondents

Case No. 2:26-cv-01328-APG-BNW

**ORDER GRANTING**

**Motion to Dismiss 28 U.S.C. § 2241 Petition without Prejudice**

       Petitioners Darion Suarez Rodriguez filed a pro se petition for a writ of habeas corpus on April 30, 2026, seeking enforcement of his rights as members of the class certified in *Jacobo Ramirez v. Mullin*, No. 2:25-cv-02136-RFB-MDC, 2026 WL 879799 (D. Nev. Mar. 30, 2026). ECF 1. This Court appointed the Office of the Federal Public Defender (FPD) to review Mr. Rodriguez's case and file an Amended Petition by May 22, 2026 if necessary. ECF 3.

       Undersigned counsel has reviewed Petitioner Darion Suarez Rodriguez's filings in this case and has also reviewed the immigration documents produced by Respondents to undersigned counsel on May 8, 2026.  In addition, undersigned

counsel has confirmed that Mr. Rodrugez was granted release on $3,000 bond by the immigration court in his removal proceedings on May 6, 2026.

Thus, while Mr. Rodriguez qualified as a *Jacobo-Ramirez* class member at the time he filed his pro se petition on April 30, 2026, he is no longer a class member because he was granted bond from immigration court on May 6, 2026. Therefore, undersigned counsel asks that the petition for relief under 28 U.S.C. § 2241 in this case be dismissed without prejudice.

Dated: May 21, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Wendi Overmyer*
Wendi Overmyer
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:__May 22, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2